Date of Arrest: **04/30**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Zacarias ZEFERINO-Bernabe<br>AKA: None Known<br>073372956<br>YOB: 1972<br>Citizen of: Mexico<br>Defendant | Magistrate Case No. 21-1174 MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a),<br>enhanced by (b)(1) (Re-Entry After Removal),<br>Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about April 30, 2021 Defendant Zacarias ZEFERINO-Bernabe, an alien, was found in the United States at or near Wellton, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of Paso Del Norte Bridge, Texas, on or about April 8, 2008. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA William Rubens
SAD for WBR

Signature of Complainant
Noe Hernandez
Border Patrol Agent

Sworn to before me and subscribed telephonically,

__May 03, 2021__                at   __Yuma, Arizona__
Date                                    City and State

__James F. Metcalf, United States Magistrate__ Judge        Signature of Judicial Officer
Name & Title of Judicial Officer

-1-

UNITED STATES OF AMERICA,

Vs.

Zacarias ZEFERINO-Bernabe
AKA: None Known
073372956

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about April 30, 2021, near Wellton, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Denver, Colorado on or about December 15, 1994. The Defendant has been removed on three previous occasions. The Defendant was most recently removed on or about April 8, 2008 through the port of Paso Del Norte Bridge, Texas subsequent to a conviction in an United States District Court, District of New Mexico on or about March 6, 2008, for the crime of Re-Entry of Removed Aliens, a felony.

Agents determined that on or about April 15, 2021, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Ivan Beltran, Kevin Drake and Viktoria Garcia.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Robert Beaudoin.

Signature of Complainant

Sworn to before me and subscribed telephonically,

_____May 03, 2021_____
Date

Signature of Judicial Officer